IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| **KENNETH RAY CAMPBELL,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| V. : | |
| : | NO. 3:23-cv-00034-CDL-CHW |
| **LT. MEEKS,** *et al.*, : | |
| : | |
| **Defendants.** : | |
| : | |

## ORDER OF DISMISSAL

Plaintiff Kenneth Ray Campbell, a detainee in the Walton County Jail in Monroe, Georgia, filed a handwritten document that was docketed as a 42 U.S.C. § 1983 complaint. Compl., ECF No. 1; Suppl., ECF No. 4. Plaintiff also filed a motion for leave to proceed in this action *in forma pauperis*. Mot. for Leave to Proceed *In Forma Pauperis*, ECF No. 2. Thereafter, Plaintiff was ordered to recast his complaint on the proper § 1983 form and pay an initial partial filing fee of $3.13. Order, ECF No. 5. Plaintiff was given fourteen days to complete these actions. *Id.*

More than fourteen days passed following entry of that order. Although Plaintiff filed a recast complaint, Recast Compl., ECF No. 7, he did not pay the initial partial filing fee or otherwise respond to the order for him to do so. Therefore, Plaintiff was ordered to show cause why this case should not be dismissed for failure to comply with the previous order to pay the initial partial filing fee. Order to Show Cause, ECF No. 10. Plaintiff was given fourteen days to respond and was cautioned that his failure to do so would likely

result in the dismissal of this action. *Id.*

More than fourteen days have now passed since the order to show cause was entered, and Plaintiff has not responded to that order. Thus, because Plaintiff has failed to respond to the Court's orders or otherwise prosecute this case, his complaint is now **DISMISSED WITHOUT PREJUDICE**. See Fed. R. Civ. P. 41(b); *Brown v Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (per curiam) ("The court may dismiss an action sua sponte under Rule 41(b) for failure to prosecute or failure to obey a court order.") (citing Fed. R. Civ. P. 41(b) and *Lopez v. Aransas Cty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)).

**SO ORDERED**, this _26th day of July, 2023.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA